## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

REBECCA KENNEDY,

    Plaintiff,

v.                                Case No.: 8:24-CV-1187-SDM-SPF

AMERICAN BUILDERS & CONTRACTORS
SUPPLY CO INC., d/b/a ABC Supply Co., Inc.,

    Defendant.

_____

## Mediation Report

The parties held a mediation conference on October 29, 2024, and the results of that conference are indicated below.

**1. Attendance**

The following participants attended the mediation conference:

☒    lead counsel

☒    the parties or a party's surrogate satisfactory to the mediator

☐    any necessary insurance carrier representative

List any unexcused absence or departure from the mediation conference:

_____

_____

_____

_____

## 2. Outcome

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

⊠        The parties completely settled the case.

☐        The parties partially settled the case. The following issues remain:

_____

_____

_____

_____

☐        The parties agreed to continue the mediation conference.  The mediator will file another mediation report within seven days after the continued conference.

☐        The parties have reached an impasse.


MILES MEDIATION & ARBITRATION

/s/ *Donna V. Smith*

Donna V. Smith, Mediator
Mediator # 39963 R
MILES MEDIATION & ARBITRATION
5401 W Kennedy Blvd.
Suite 170
Tampa, FL 33609
(888) 305-3553
dsmith@milesadr.com

2